UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Battle Born Munitions, Inc.

        Plaintiff(s),

vs.

Dicks Sporting Goods, Inc.

        Defendant(s).

Case #3:19-cv-561

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

    John M. Shoreman    , Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

    McFadden & Shoreman
    (firm name)

with offices at     1050 Connecticut Avenue, NW, Suite 500    ,
    (street address)

  Washington  ,   District of Columbia  ,   20036  ,
  (city)                    (state)              (zip code)

  202-772-3188  ,   jmshoreman@verizon.net  .
(area code + telephone number)    (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

    Battle Born Munitions     to provide legal representation in connection with
    [client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since 2/7/1986 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of New York (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| District of Columbia | 9/12/1988 | |
| District of Maryland (1986) | 8/5/1996 | |
| Northern District of New York | 5/13/2019 | 700986 |
| District of Columbia Circuit Court of Appeals | 9/12/1988 | |
| Third Circuit Court of Appeals | 05/02/1997 | |
| Fourth Circuit Court of Appeals | 12/28/1992 | |
| Sixth Circuit Court of Appeals | 11/20/2001 | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

New York (2044154) 2/7/86; District of Columbia (407626), 2/9/87.
(Cont. from #4: Western District of Pennsylvania, 5/10/06; Eastern District of Michigan,11/24/87)

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| | None | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF Georgia )
COUNTY OF Fulton )

John Stoveman, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

6th day of November, 2019.

_____
Notary Public or Clerk of Court

[Notary Seal: MICHELE DOBBS, MY COMMISSION EXPIRES SEPTEMBER 01 2023, COBB CO., GA, NOTARY PUBLIC]

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate __Therese M. Shanks__,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

71 Washington Street
(street address)

Reno , Nevada , 89503
(city) (state) (zip code)

775-329-3151 , tshanks@rssblaw.com
(area code + telephone number) (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Therese M. Shanks_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

_Frederick Mees, Chief Executive Officer_
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

12890                              tshanks@rssblaw.com
Bar number                         Email address

APPROVED:

Dated: this 12th day of November, 20 19.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# EXHIBIT 1

## SUPREME COURT OF
## THE STATE OF NEW YORK
## APPELLATE DIVISION, FOURTH DEPARTMENT
## ROCHESTER, NEW YORK

I, ALAN L. ROSS, Deputy Clerk of the Appellate Division of the Supreme Court in the Fourth Judicial Department, State of New York, do hereby certify that

### *John Michael Shoreman*

was duly admitted to practice as an attorney and counselor at law in all courts of this state by this Court on **February 7, 1986**, and appears in good standing upon the roll of attorneys and counselors, and other records, in this office and has registered with the administrative office of the Courts as required by Judiciary Law §468-a.

*IN WITNESS WHEREOF*, I have hereunto set my hand and affixed the seal of this Court, at the City of Rochester, March 21, 2019.



_____
*Deputy Clerk of the Court*

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of ROBISON, SHARP, SULLIVAN & BRUST, and that on this date I caused a true copy of **VERIFIED PETITION FOR PERMISSION TO PRACTCE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL (John M. Shoreman)** to be served on all parties to this action by:

____placing an original or true copy thereof in a sealed, postage prepaid, envelope in the United States mail at Reno, Nevada, addressed to:

MARIA A. GALL, ESQ.
KYLE A. EWING, ESQ.
Ballard Spahr LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, NV 89135
Facsimile: 702-471-7070
Email: gallm@ballardspahr.com
ewingk@ballardspahr.com
*Attorneys for Defendant*

ANDREW J. PETRIE, ESQ. (pro hac vice)
Ballard Spahr LLP
1225 Seventeenth Street, Suite 2300
Denver, CO 80202-5596
Facsimile: 303-296-3956
Email: petriea@ballardspahr.com
*Attorneys for Defendant*

____personal delivery/hand delivery

__X__emailing an attached Adobe Acrobat PDF version of the document to the email addresses below/facsimile (fax) and/or E-Filing pursuant to Section IV of the District of Nevada Electronic Filing Procedures

MARIA A. GALL, ESQ.
KYLE A. EWING, ESQ.
Ballard Spahr LLP
Email: gallm@ballardspahr.com
ewingk@ballardspahr.com
*Attorneys for Defendant*

ANDREW J. PETRIE, ESQ. (pro hac vice)
Ballard Spahr LLP
Email: petriea@ballardspahr.com
*Attorneys for Defendant*

JOHN SHOREMAN, ESQ. (pro hac vice)
McFadden & Shoreman
Email: jms@mcfaddenshoreman.com
*Attorneys for Plaintiff*

MARIO WILLIAMS, ESQ. (pro hac vice)
NDH LLC
Email: mwilliams@ndh-law.com
*Attorneys for Plaintiff*

_____Federal Express/UPS or other overnight delivery

Dated this 7th day of November, 2019.

*[signature]*
V. JAYNE FERRETTO
An Employee of Robison, Sharp, Sullivan & Brust