AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

BATTLE BORN MUNITIONS, INC.,

                Plaintiff,

v.

DICK'S SPORTING GOODS, INC.,

                Defendant.

**JUDGMENT IN A CIVIL CASE**

Case No.  3:19-cv-00561-MMD-CLB

___  **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 **X**  **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that Defendant's motion for summary judgment (ECF No. 54) is granted.  This case is dismissed in its entirety, with prejudice, because it is barred under the anti-claim splitting doctrine.  Judgment is hereby entered accordingly, in Defendant Dick's Sporting Goods Inc.'s favor, and this case is closed.

Date: April 16, 2020

CLERK OF COURT

_Signature of Clerk or Deputy Clerk_